■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL DURHAM, Appellant. [893 NYS2d 799]—Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Hinrichs, J.), both imposed February 27, 2009, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Fisher, J.P., Covello, Leventhal and Austin, JJ., concur.